UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOESEPH SOUTHWELL and JERRY BLAND,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE INVESTORS CORPORATION OF OHIO, INC.,<br><br>Defendant. | CASE NO. C13-1289 MJP<br><br>ORDER ON JOINT SUBMISSION RE PLAINTIFFS' MOTION TO EXTEND DISCOVERY CUT-OFF DEADLINE |

THIS MATTER comes before the Court on the LCR 37 Joint Motion regarding Plaintiffs' motion to extend the discovery cut-off deadline. (Dkt. No. 127.) Having reviewed the Joint Motion and all related papers, the Court hereby DENIES Plaintiff's motion to extend the discovery cut-off deadline, but allows Plaintiffs leave to bring a motion after that deadline if it is based on a privilege log produced near that deadline.

"A schedule may be modified only for good cause and with the judge's consent." LCR 16(b)(4). Plaintiffs argue the discovery cut-off should be moved because Defendant has not identified which documents are responsive to which discovery requests (Dkt. No. 127 at 5–6),

ORDER ON JOINT SUBMISSION RE
PLAINTIFFS' MOTION TO EXTEND
DISCOVERY CUT-OFF DEADLINE- 1

but as the Court has previously noted, Defendant is not required to do make such identifications if it has elected to produce documents as they are kept in the usual course of business. (See Dkt. No. 116.) Plaintiff also contends it will not be able to challenge documents wrongly withheld on the basis of privilege if Defendant does not produce its privilege log until the final days of discovery. (Dkt. No. 127 at 6.) The Court agrees with this limited point and therefore permits Plaintiff to file one motion in LCR 37 form if it is based on a privilege log supplied near the discovery cut-off deadline within ten (10) days of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 23rd day of May, 2014.

Marsha J. Pechman
United States District Judge

ORDER ON JOINT SUBMISSION RE
PLAINTIFFS' MOTION TO EXTEND
DISCOVERY CUT-OFF DEADLINE- 2