UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOESEPH SOUTHWELL and JERRY BLAND,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MORTGAGE INVESTORS CORPORATION OF OHIO, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. C13-1289 MJP<br><br>ORDER GRANTING MOTION FOR PROTECTIVE ORDER |

This matter is before the Court on Defendant's motion for a protective order pursuant to Fed. R. Civ. P. 26(c). (Dkt. No. 119.) The Court considered the motion, all responsive briefing and all relevant documents and GRANTS Defendant's request.

A protective order is GRANTED as to Plaintiffs' requested Fed. R. Civ. P. 30(b)(6) deposition, except for topics two (2) and three (3), which have by agreement been satisfied. The other requests are overly burdensome and the information is not easily communicated verbally. Plaintiffs have the documents and can organize the documents for themselves. Defendant has

1 | fulfilled its burden by supplying data in the manner in which it was kept, by the custodian. No
2 | attorneys' fees are awarded.

3   The clerk is ordered to provide copies of this order to all counsel.

4   Dated this 28th day of May, 2014.

*(signature)*

Marsha J. Pechman
Chief United States District Judge