UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOESEPH SOUTHWELL et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE INVESTORS CORPORATION OF OHIO, INC.,<br><br>Defendant. | CASE NO. C13-1289 MJP<br><br>ORDER ON PLAINTIFFS' MOTION FOR RELIEF FROM A DEADLINE PURSUANT TO LOCAL RULE 7(D)(2)(A) |

THIS MATTER comes before the Court on Plaintiffs' Motion for Relief from a Deadline pursuant to LCR 7(d)(2)(A). (Dkt. No. 142.) Having reviewed the Motion, Defendant's Response (Dkt. No. 144), Plaintiffs' Reply (Dkt. No. 148), and all related papers, the Court hereby DENIES the motion.

According to LCR 16(b)(4), parties are bound by a Court's scheduling order; the schedule may be modified only upon a showing of good cause and with the judge's consent. Plaintiffs have not shown good cause to extend the dispositive motion deadline, particularly in light of the history of the case so far. As Defendant points out, in asking for extensions to the

1  class certification deadline Plaintiffs asserted that they did not intend to file dispositive motions.

2  (See Dkt. No 42; 43.) Now, on the day of the dispositive motion deadline, they request an

3  extension on the basis of the one-way intervention rule. (Dkt. No. 142.) But as Defendant argues,

4  Plaintiff could have filed a motion for summary judgment and asked the Court to exercise its

5  discretion to decide the summary judgment motion prior to issuing an order on class

6  certification. (Dkt. No. 144 at 10.)

7  The Motion for Relief from a Deadline is therefore DENIED.

9  The clerk is ordered to provide copies of this order to all counsel.

10  Dated this 8th day of July, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER ON PLAINTIFFS' MOTION FOR RELIEF
FROM A DEADLINE PURSUANT TO LOCAL
RULE 7(D)(2)(A)- 2